SUM-130

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# SUMMONS
## (CITACION JUDICIAL)
## UNLAWFUL DETAINER-EVICTION
## (RETENCIÓN ILÍCITA DE UN INMUEBLE- DESALOJO)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Pedro Argueta, Maria Lorena Argueta and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Federal National Mortgage Association, its assignees and/or successors

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY, TRACY BRANCH JUDICIAL DISTRICT
475 East 10th Street, Tracy, CA 95376

CASE NUMBER: 39-2010-00246633-CL-UD-TRA

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gayle E Jameson, Esq. SBN 207050 Jessica L Partridge, Esq. SBN 260045 Rebecca L. Carle, Esq. SBN 249234
CA-10-73563
McCarthy & Holthus, LLP 1770 Fourth Avenue, San Diego, CA 92101 (619) 243-3960 Fax (619) 243-1979

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code §§ 6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page).*

DATE: *(Fecha)* AUG 03 2010 Clerk, by *(Secretario)* Santos D, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ CCP 415.46 (occupant) ☐ other (specify):
5. ☐ by personal delivery on (date):

SUM-130

| PLAINTIFF: Federal National Mortgage Association<br>DEFENDANT: Pedro Argueta, Maria Lorena Argueta and DOES 1-10, inclusive | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:

a. Assistant's name:

b. Telephone no.:

c. Street address, city, and ZIP

d. County of registration

e. Registration no.:

f. Registration expires on *(date)*:

McCarthy & Holthus, LLP
Gayle E. Jameson, Esq. SBN 207050
Jessica L. Partridge, Esq. SBN 260045
Rebecca L. Carle, Esq. SBN 249234
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979

Santos D
$220.00
# 141410

Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN JOAQUIN**

**TRACY BRANCH JUDICIAL DISTRICT**

| | |
|---|---|
| Federal National Mortgage Association, its assignees and/or successors,<br><br>Plaintiff,<br><br>vs.<br><br>Pedro Argueta,<br>Maria Lorena Argueta<br>and DOES 1-10, inclusive,<br><br>Defendant(s). | ) Case No. 39-2010-00246633-CL-UD-TRA<br><br>) **COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE CCP Section 1161a**<br><br>) Limited Civil Case<br><br>) Amount demanded does not exceed $10,000 |

Plaintiff is informed and has reason to believe that the following allegations are true and correct:

1. Plaintiff, Federal National Mortgage Association, is entitled to possession and is the owner of record of a parcel of real property located at 468 Homestead Avenue, Lathrop, CA 95330. The property is located within the above-referenced Judicial District and County.

2. Plaintiff, Federal National Mortgage Association, is an entity lawfully conducting business in California.

3. Defendant(s), Pedro Argueta, Maria Lorena Argueta, at all times herein mentioned resided in the State of California, County of SAN JOAQUIN.

4. Defendant(s), and each of them, are currently in possession of and occupying the above-described premises.

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the real property in SAN JOAQUIN County, California, which is located at 468 Homestead Avenue, Lathrop, CA 95330 (the "Property") which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns said land by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust and Promissory Note executed and delivered by Defendant(s) or their predecessors.

9. Defendant(s) or their predecessors defaulted in the payment of said Promissory Note and thereafter, at the request of the owner and holder of said Promissory Note and Deed of Trust, caused to be recorded in the Official Records in the Office of the County Recorder of SAN JOAQUIN, California, a Notice of Default and Breach of Conditions

of the Deed of Trust and its Election to Sell the Property to satisfy the obligation thereby secured.

10. After failure of Defendant(s) or their predecessors to cure said default, a Trustee's Sale of the Property was duly noticed, as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the property was sold and a corresponding Trustee's Deed was given to Plaintiff, thereby duly perfecting Plaintiff's title to the Property. A true and correct copy of said Trustee's Deed is attached hereto marked Exhibit "A" and made a part hereof.

12. On 06/26/2010, Plaintiff served Defendant(s) with a written notice requiring Defendant(s) and "All Persons in Possession" of the Property to quit and deliver up possession of the property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "B" and is incorporated by this reference. A true and correct copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "C."

13. Defendant(s) have failed and refused to deliver up possession of the Property after expiration of the Notice as required by California Code of Civil Procedure section 1161a.

14. Defendant(s) continues in possession of the Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Property is the sum of $30.00 per day, and damage to the Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since 7/30/2010, and will continue to accrue until the date of entry of Judgment.

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution of the Property;
2. Damages at the rate of $30.00 per day from 7/30/2010, until the date that judgment for Plaintiff is entered by the Court, and
3. Costs herein and further relief as is proper.

Dated: July 30, 2010

McCarthy Holthus, LLP

By: ______________________

Gayle E. Jameson, Esq.
Jessica L. Partridge, Esq.
Rebecca L. Carle, Esq.
Attorney For Plaintiff,
Federal National Mortgage Association

**VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

I am one of the attorneys for Federal National Mortgage Association, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

Executed on July 30, 2010 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Gayle E. Jameson, Esq.
Jessica L. Partridge, Esq.
Rebecca L. Carle, Esq.

Doc #: 2010-085394
Wed Jun 30 08:30:22 PDT 2010
Page: 1 of 2 Fee: $16.00
Kenneth W Blakemore
San Joaquin County Recorder
Paid By: DOCUMENT PROCESSING SOLUTIONS

Trustee's Deed Upon Sale
1 : Page

Recording requested by:

When recorded mail to:

OneWest Bank, FSB
2900 Esperanza Crossing
Austin, TX 78758
Forward tax statements to the address given above

TS # CA-08-171104-TC

Space above this line for recorders use

Order # [illegible]

A.P.N.: 191-520-64

# Trustee's Deed Upon Sale

Transfer Tax

"This instrument is being recorded as an ACCOMMODATION ONLY, with no representation as to its effect upon title"

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was: $316,181.98
The amount paid by the grantee at the trustee sale was: $316,181.98
The documentary transfer tax is: None
Said property is in the City of: LATHROP, County of SAN JOAQUIN

QUALITY LOAN SERVICE CORPORATION, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Federal National Mortgage Association

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of SAN JOAQUIN, State of California, described as follows:
LOT 64, AS SHOWN ON THAT CERTAIN MAP ENTITLED "TRACT NO. 3306 MOSSDALE LANDING UNIT 4C", FILED FOR RECORD IN THE OFFICE OF THE SAN JOAQUIN COUNTY RECORDER ON OCTOBER 25, 2004 IN BOOK 39 OF MAPS, AT PAGE 60. EXCEPTING THEREFROM AN UNDIVIDED ONE HALF INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON PRODUCTS RESERVED BY MANUEL FERREIRA OLIVEIRA IN THE DEED RECORDED DECEMBER 7, 1954 IN BOOK 1689 OF OFFICIAL RECORDS, AT PAGE 45. ALSO EXCEPTING THEREFROM AN UNDIVIDED ONE QUARTER INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON PRODUCTS AS DESCRIBED IN THE DEED TO RAYMOND A. MULLER, ET UX RECORDED JUNE 3, 1970 IN BOOK 3409 OF OFFICIAL RECORDS, AT PAGE 294.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by PEDRO ARGUETA AND MARIA LORENA ARGUETA HUSBAND AND WIFE AS JOINT TENANTS, as

EXHIBIT

A

Trustee's Deed Upon Sale
2 | Page

trustor, dated 11/16/2007, and recorded on 11/21/2007 as instrument number 2007-198742, in Book xxx, Page xxx of Official Records in the office of the Recorder of SAN JOAQUIN, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 8/11/2008, instrument no 0[illegible]6001, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 6/23/2010 at the place named in the Notice of Sale, in the County of SAN JOAQUIN, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $816,101.88 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 6/28/2010 QUALITY LOAN SERVICE CORPORATION

By: [signature]

Karla Sanchez, Assistant Secretary

State of California )
County of San Diego)

On 6-28-10 before me, Michelle Nguyen a notary public, personally appeared Karla Sanchez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)
Michelle Nguyen

MICHELLE NGUYEN
Commission # 1888573
Notary Public - California
San Diego County
My Comm. Expires May 8, 2014

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# THREE DAY NOTICE FOR POSSESSION

File No. CA-10-73963

TO: Pedro Argueta, Maria Lorena Argueta

and "ALL PERSONS IN POSSESSION" of the premises located at:

468 Homestead Avenue, Lathrop, CA 95330

NOTICE IS HEREBY GIVEN that:

Within three (3) days after service on you of this Notice:

You are required to quit and deliver up possession of the premises to the undersigned or to Federal National Mortgage Association, servicing agent, who is authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of SAN JOAQUIN County, California, and the title under the sale has been duly perfected.

This notice is given pursuant to the provisions of Section 1161a (b)(3) of the Code of Civil Procedure of the State of California.

Fannie Mae previously delivered its "Knowing Your Options" document to you. Fannie Mae has either not received a response from you or has not received information that you are entitled to additional protections under the Protecting Tenants at Foreclosure Act of 2009. If you did not receive Fannie Mae's "Knowing Your Options" document or you believe you are entitled to additional protections under state or federal law, please contact this office immediately.

Please notify this office immediately if you are active military duty or have come out of active duty within the last 9 months.

Dated: June 25, 2010

Agent For: Federal National Mortgage Association

McCarthy & Holthus, LLP
A Limited Liability Partnership
1770 Fourth Avenue
San Diego, CA 92101-3006
(619) 685-4800 x 3729

By: McCarthy & Holthus, LLP, Attorney for Federal National Mortgage Association

EXHIBIT

B

McCarthy + Holthus
A Limited Liability Partnership
1770 Fourth Avenue
San Diego, California 92101

# PROOF OF SERVICE

I, the undersigned declare that I served the Notice(s) below indicated:

THREE DAY NOTICE FOR POSSESSION

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:Pedro Argueta, Maria Lorena Argueta AND ALL PERSONS IN POSSESSION of the premises located at:
ADDRESS:488 Homestead Avenue, Lathrop, CA 95330

☐ 1. PERSONAL SERVICE — By delivering a copy of the Notice (s) on at to at the address above.

☒ 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐ A. By leaving a copy for each of the above named parties on at , with , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒ B. By posting a copy for each of the above named parties on June 26, 2010 at 12:30 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on June 26, 2010.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2010
NAME:Deborah Bruner-Hussey
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$110.00
Registration Number: PS-233
County: San Joaquin
Ref.: 9048700

Deborah Bruner-Hussey

EXHIBIT
C

2011-01-06 13:01 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page12 of 57 P 26/27

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

Gayle E Jameson, Esq. SBN 207050
Jessica L Partridge, Esq. SBN 260045
Rebecca L. Carle, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Avenue San Diego, CA 92101
CA-10-73563
TELEPHONE NO.: (619) 243-3960 FAX NO.: (619) 243-1979

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN, TRACY BRANCH JUDICIAL DISTRICT

CASE NAME: Federal National Mortgage Association v. Pedro Argueta, Maria Lorena Argueta

CASE NUMBER: 39-2010-00246633-CL-UD-TRA

JUDGE:

DEPT.:

**CIVIL CASE COVERSHEET**

☐ Unlimited (Amount demanded exceeds $25,000)
☒ Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**

☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured Motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities Litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court.
   f. ☐ Substantial post-judgment judicial supervision
3. Type of remedies sought *(check all that apply)*: a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of courses of action *(specify)*: *1 (One)*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 7/30/2010

Gayle E Jameson, Esq.
Jessica L Partridge, Esq.
Rebecca L. Carle, Esq.
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under the rule 3.400 et seq. Of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to this action or proceeding.
- Unless this is a collections case under 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVERSHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

2011-01-06 12:58 >> P 1/27
Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page14 of 57

POS-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
CRISTINA LOPEZ
468 HOMESTEAD AVENUE
LATHROP, CA. 95330

TELEPHONE NO.: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 EAST 10TH STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: TRACY, CA. 95376
BRANCH NAME:

PETITIONER/PLAINTIFF: FEDERAL NATIONAL MORTGAGE ASSOCIATION
RESPONDENT/DEFENDANT: CRISTINA LOPEZ

# PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL

CASE NUMBER: 39-2010-00246633-CL-UD-TRA

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
186 Shadywood Ave., Lathrop, CA 95330

3. On *(date)*: 8-30-2010 I mailed from *(city and state)*: Lathrop, CA 95330
the following documents *(specify)*:
Notice and Motion to Quash Service of Summons; Points and Authorities; Declaration in Support Thereof

☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. Name of person served: McCarthy & Holthus
   b. Address of person served:
   1770 Fourth Avenue
   San Diego, CA. 92101

☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-30-10

Rosario Carvajal
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

Rosario Carvajal
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): TELEPHONE NO.:
CRISTINA LOPEZ
468 HOMESTEAD AVENUE
LATHROP, CA. 95330

ATTORNEY FOR (Name):

FOR COURT USE ONLY

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF SAN JOAQUIN
MAILING ADDRESS: 475 East 10th Street
CITY AND ZIP CODE: TRACY, CA. 95376
BRANCH NAME:

PLAINTIFF: Federal National Mortgage Association, Its assignees

DEFENDANT: Cristina Lopez

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER: 39-2010-00246633-CL-UD-TRA

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*: Cristina Lopez
2. I reside at *(street address, unit No., city and ZIP code)*:
   468 Homestead Avenue
   Lathrop. CA. 95330
3. The address of "the premises" subject to this claim is *(address)*:
   468 Homestead Avenue
   Lathrop, CA. 95330
4. On *(insert date)*: 8-03-10, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF (Name): Federal National Mortgage Association, Its assignees | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Cristina Lopez | 39-2010-00246633-CL-UD-TRA |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have five days (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
    a. ☐ an oral rental agreement with the landlord.
    b. ☑ a written rental agreement with the landlord.
    c. ☐ an oral rental agreement with a person other than the landlord.
    d. ☐ a written rental agreement with a person other than the landlord.
    e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: 8-30-10

Cristina Lopez
(TYPE OR PRINT NAME)

Cristina Lopez
(SIGNATURE OF CLAIMANT)

**NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.**

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

2011-01-06 12:58 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page17 of 57 P 4/27

**FW-003**

# Order on Court Fee Waiver (Superior Court)

Clerk stamps date here when form is filed.

Fill in court name and street address:

**Superior Court of California, County of**
SAN JOAQUIN
475 EAST 10TH STREET
TRACY, CA. 95376

Fill in case number and case name:

**Case Number:** 39-2010-00246633-CL-UD-TRA

**Case Name:** FEDERAL NATIONAL vs LOPEZ

① **Person who asked the court to waive court fees:**
Name: CRISTINA LOPEZ
Street or mailing address: 468 HOMESTEAD AVENUE
City: LATHROP State: CA Zip: 95330

② **Lawyer, if person in ① has one** *(name, address, phone number, e-mail, and State Bar number)*: NONE

③ A request to waive court fees was filed on *(date)*: 8-31-10

☐ The court made a previous fee waiver order in this case on *(date)*:

***Read this form carefully. All checked boxes ☑ are court orders.***

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for $10,000 or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

④ After reviewing your *(check one)*: ☑ *Request to Waive Court Fees* ☐ *Request to Waive Additional Court Fees* **the court makes the following orders:**

a. ☑ The court grants your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55.)* You do not have to pay the court fees for the following:

- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Reporter's daily fee *(for up to 60 days following the fee waiver order at the court-approved daily rate)*
- Preparing and certifying the clerk's transcript on appeal
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Court fees for phone hearings

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Reporter's daily fees *(beyond the 60-day period following the fee waiver order)*
☐ Other *(specify)*:
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

(3) ☐ **Fee Waiver for Appeal.** The court grants your request and waives the fees and costs checked below, for your appeal. *(Cal. Rules of Court, rules 3.55, 3.56, 8.26, and 8.818.)* You do not have to pay for the checked items.

☐ Preparing and certifying clerk's transcript for appeal
☐ Other *(specify)*:

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2009, Mandatory Form
Government Code, § 68634
California Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003, Page 1 of 2**

American LegalNet, Inc. www.FormsWorkflow.com

Your name: CRISTINA LOPEZ

Case Number: 39-2010-00246633-CL-UD-TRA

b. ☐ The court denies your request, as follows:

**Warning! If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.**

(1) ☐ The court denies your request because it is incomplete. You have 10 days after the clerk gives notice of this order (see date below) to:

- Pay your fees and costs, or
- File a new revised request that includes the items listed below *(specify incomplete items):*

(2) ☐ The court denies your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):*

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)*, form FW-006. You have 10 days after the clerk gives notice of this order (see date below) to:

- Pay your fees and costs, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):*

☐ Bring the following proof to support your request if reasonably available:

| Hearing Date | Date: | Time: | Name and address of court if different from page 1: |
|---|---|---|---|
| | Dept.: | Rm.: | |

**Warning! If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.**

Date: AUG 2 1 2010

[signature]
*Signature of (check one):* ☐ *Judicial Officer* ☑ *Clerk, Deputy*

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation*, Form MC-410. (Civil Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):* ☐ A certificate of mailing is attached.

☐ I handed a copy of this order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* ______, California on the date below.

Date: ______ Clerk, by ______, Deputy

FILED SUPERIOR COURT TRACY
2010 AUG 18 P 1:14
ROSA JUNQUEIRO, CLERK
BY [signature] DEPUTY

McCarthy & Holthus, LLP
Gayle E Jameson, Esq. SBN 207050
Jessica L Partridge, Esq. SBN 260045
Rebecca L Curie, Esq. SBN 249234
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979
Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

SUPERIOR COURT OF THE STATE OF CALIFORNIA,

COUNTY OF SAN JOAQUIN

TRACY BRANCH JUDICIAL DISTRICT

Federal National Mortgage Association, its assignees and/or successors

Plaintiff,

vs.

Pedro Argueta, Maria Lorena Argueta and DOES 1- 10, inclusive

Defendant(s)

Case No. 39201000246633CLUDTRA

ORDER ON APPLICATION FOR SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING IN UNLAWFUL DETAINER MATTER UNDER CCP 415.45

Limited Civil Case

Trial Date: None Set

Application having been made by Plaintiff, Federal National Mortgage Association, and good cause appearing therefore,

IT IS ORDERED that the summons, complaint and prejudgment claim of right to possession in the within matter be served upon Defendant(s), Pedro Argueta, Maria Lorena Argueta by posting the Summons, complaint and prejudgment claim of right to possession on the premises located at 468 Homestead Avenue, Lathrop, CA 95330, and thereafter mailing copies by certified mail to Defendant(s), Pedro Argueta, Maria Lorena Argueta, at 468 Homestead Avenue Lathrop, CA 95330, his/her/their last known address.

Service of the Summons, complaint and prejudgment claim of right to possession shall be deemed complete on the tenth (10th) day after posting and mailing. Service on "All Occupants" is to comply with CCP 415.46.

Date: AUG 1 8 2010

Judge of the Superior Court

Property Address: 468 Homestead Avenue Lathrop, CA 95330

McCarthy & Holthus, LLP
Gayle E Jameson, Esq. SBN 207050
Jessica L Partridge, Esq. SBN 260045
Rebecca L Carle, Esq. SBN 249234
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979
Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN JOAQUIN

TRACY BRANCH JUDICIAL DISTRICT

Federal National Mortgage Association, its assignees and/or successors

Plaintiff,

v.

Pedro Argueta, Maria Lorena Argueta and DOES 1-10, inclusive

Defendant(s)

Case No. 39201000246633CLUDTRA

APPLICATION FOR ORDER AUTHORIZING SERVICE OF SUMMONS, COMPLAINT AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION BY POSTING AND MAILING

CCP 415.45

Limited Civil Case

SUPPORTING DECLARATION BY John R. Shackelford, PROCESS SERVER; POINTS AND AUTHORITIES

Application is hereby made for an order directing that the summons, complaint, and prejudgment claim of right to possession in this action be served on defendant(s), Pedro Argueta, Maria Lorena Argueta, hereinafter referred to as "defendant(s)" by posting the summons, complaint, and prejudgment claim of right to possession on the premises and thereafter mailing by certified mail to Pedro Argueta, Maria Lorena Argueta at 468 Homestead Avenue, Lathrop, CA 95330, his/her/their last known address, because defendant(s) is/are evading service of said summons. In support of this application the undersigned states:

1.) The complaint for unlawful detainer was filed on 08/03/2010 and the summons was issued on 08/03/2010;

2.) A cause of action for unlawful detainer exists in favor of plaintiff against defendant(s), for the premises located at 468 Homestead Avenue, Lathrop, CA 95330 based upon plaintiff's receipt of a Trustee's Deed Upon Sale which vested title into plaintiff following plaintiff's non judicial foreclosure sale of the property.

3.) The undersigned has attempted to determine any other method of service upon defendant by inquiry of neighbors, review of public records and discussions with property management officials. No other method or manner of service appears to be available to plaintiff. The business address of defendants, if any exists, is unknown to Plaintiff.

4.) As shown by the declaration of John R. Shackelford, registered process server which is attached hereto as Exhibit A and made a part hereof, attempts to serve defendant with process in this action were made by the process server at the places, on the dates and at the times indicated, and were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2010 at San Diego, California.

Gayle E Jameson
Jessica L Partridge
Rebecca L Carle
Attorney for Plaintiff,
Federal National Mortgage Association

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Gayle E Jameson, Esq. SBN 207050
Jessica L Schroeder, Esq. SBN 260045
Rebecca L. Curtis, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960 Fax: (619) 243-1979
Attorney(s) for: Plaintiff
Ref: 9059521

FOR COURT USE ONLY

Superior Court of California, County of SAN JOAQUIN, TRACY BRANCH JUDICIAL DISTRICT

FEDERAL NATIONAL VS ARGUETA

| DECLARATION OF DUE DILIGENCE | DATE: | TIME: | DEPT.: | CASE NUMBER: 39-2010-00246633-CL-UD-TRA |
|---|---|---|---|---|

I JOHN R. SHACKELFORD on the dates herein mentioned, over the age of 18 years and not a party to the action.
I received copies of Summons-Unlawful Detainer-Eviction; Complaint for Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet .
On 8/3/10, and that after due and diligent effort, I have been unable to effect personal service on the within named party.
Dates and times of attempts with reported detail is listed below:

**PARTY SERVED:**
PEDRO ARGUETA

**ADDRESS DATES AND TIMES ATTEMPTED**
468 HOMESTEAD AVENUE
LATHROP, CA 95330

08/03/10 02:24 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

08/04/10 05:45 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. WATCHTOWER MAGAZINES LYING NEXT TO FRONT DOOR.

08/05/10 07:50 AM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. MAGAZINES ARE GONE.

08/06/10 12:15 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: August 13, 2010

Signature: [signature]
JOHN R. SHACKELFORD/221/SAN JOAQUIN

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Gayle E Jameson, Esq. SBN 207050
Jessica L Schroeder, Esq. SBN 260045
Rebecca L. Carle, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960 Fax: (619) 243-1979
Attorney(s) for: Plaintiff
Ref: 9059522

FOR COURT USE ONLY

Superior Court of California, County of SAN JOAQUIN, TRACY BRANCH JUDICIAL DISTRICT

FEDERAL NATIONAL VS ARGUETA

| DECLARATION OF DUE DILIGENCE | DATE: | TIME: | DEPT.: | CASE NUMBER: 39-2010-00246633-CL-UD-TRA |
|---|---|---|---|---|

I JOHN R. SHACKELFORD on the dates herein mentioned, over the age of 18 years and not a party to the action.
I received copies of Summons-Unlawful Detainer-Eviction; Complaint for Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet .
On 8/3/10, and that after due and diligent effort, I have been unable to effect personal service on the within named party.
Dates and times of attempts with reported detail is listed below:

***PARTY SERVED:***
MARIA LORENA ARGUETA

***ADDRESS DATES AND TIMES ATTEMPTED***
468 HOMESTEAD AVENUE
LATHROP, CA 95330

08/03/10 02:24 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

08/04/10 05:45 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. WATCHTOWER MAGAZINES LYING NEXT TO FRONT DOOR.

08/05/10 07:30 AM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. MAGAZINES ARE GONE.

08/06/10 12:15 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* August 13, 2010

*Signature:* [signature]
JOHN R. SHACKELFORD/221/SAN JOAQUIN

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | FOR COURT USE ONLY |
|---|---|---|---|
| Gayle E Jameson, Esq. SBN 207030<br>Jessica L Schroeder, Esq. SBN 260045<br>Rebecca L. Carle, Esq. SBN 249234<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Telephone: (619) 243-3960 Fax: (619) 243-1979<br>Attorney(s) for: Plaintiff<br>Ref: 9059523 | | | |
| Superior Court of California, County of SAN JOAQUIN, TRACY BRANCH JUDICIAL DISTRICT | | | |
| FEDERAL NATIONAL VS ARGUETA | | | |
| DECLARATION OF DUE DILIGENCE | DATE: | TIME: | DEPT.: | CASE NUMBER: 39-2010-00246633-CL-UD-TRA |

I JOHN R. SHACKELFORD on the dates herein mentioned, over the age of 18 years and not a party to the action.
I received copies of Summons-Unlawful Detainer-Eviction; Complaint for Unlawful Detainer; Prejudgment Claim of Right to Possession; Civil Case Cover Sheet .
On 8/3/10, and that after due and diligent effort, I have been unable to affect personal service on the within named party.
Dates and times of attempts with reported detail is listed below:

***PARTY SERVED:***
ALL UNKNOWN OCCUPANTS

***ADDRESS DATES AND TIMES ATTEMPTED***
468 HOMESTEAD AVENUE
LATHROP, CA 95330

08/03/10 02:24 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

08/04/10 05:45 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. WATCHTOWER MAGAZINES LYING NEXT TO FRONT DOOR.

08/05/10 07:50 AM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS. MAGAZINES ARE GONE.

08/06/10 12:15 PM NO ANSWER AT THE RESIDENCE, A DOG WAS BARKING IN THE BACKYARD. NO VEHICLES ARE VISIBLE. WINDOW OPEN UPSTAIRS

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: August 13, 2010

Signature: [signature]
JOHN R. SHACKELFORD/221/SAN JOAQUIN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

Tracy
475 10th Street E
Tracy, CA 95376

SHORT TITLE: Federal Natuonal Mortgage Association, its assignees and/or successors vs. Argueta

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 39-2010-00246633-CL-UD-TRA |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of Notice that you have been sued was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Tracy, California, on 08/03/2010.

Clerk of the Court, by: [signature], Deputy

ALL OCCUPANTS
468 HOMESTEAD AVENUE
LATHROP, CA 95330

PEDRO ARGUETA
468 HOMESTEAD AVENUE
LATHROP, CA 95330

MARIA L ARGUETA
468 HOMESTEAD AVENUE
LATHROP, CA 95330

CLERK'S CERTIFICATE OF SERVICE BY MAIL

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

Tracy
475 10th Street E
Tracy, CA 95376

SHORT TITLE: Federal National Mortgage Association, its assignees and/or successors vs. Arguila

| NOTICE THAT YOU HAVE BEEN SUED<br>Limited Civil- Unlawful Detainer | CASE NUMBER:<br>39-2010-00246633-CL-UD-TRA |
|---|---|

A lawsuit has been filed against you by your landlord or the owner of the property where you live. YOU MAY BE EVICTED AS A RESULT OF THIS LAWSUIT

Under the law, a limited number of people can look at the court records about this case for the next 60 days. These include the court index, register of actions, and other court records. You, your lawyer (if you have one), your landlord or property owner, and his or her attorney can view this information. The court file can also be seen by any other person who can

(1) tell the court clerk the name of one plaintiff (the person suing you) and one defendant (you or any other tenant). That person must also tell the court clerk your address, including the apartment, unit, or space number, or

(2) tell the court clerk the name of the plaintiff (the person suing you) or a defendant (usually a tenant) in this lawsuit, or the case number and can show proper identification that proves that he or she lives at the address described in the complaint, or

(3) if the person wanting to view the file gets an order from a judge (this may be done without a court hearing).

**COURT STAFF CANNOT GIVE YOU LEGAL ADVICE. FOR LEGAL ADVICE, YOU MAY CALL:**
**PARA CONSEJO LEGAL EN SU CASO, USTED PUEDE LLAMAR:**

**San Joaquin County Bar Association - (209) 948-4620**

**California Rural Legal Assistance - (209) 946-0605 (Low Income Requirement)**

**NOTICE THAT YOU HAVE BEEN SUED**

CRISTINA LOPEZ
468 HOMESTEAD AVENUE
LATHROP, CA. 95330

CRISTINA LOPEZ, In pro per

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN JOAQUIN

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTINA LOPEZ, renter, | Case No.: 39-2010-00246833-CL-UD-TRA<br><br>CRISTINA LOPEZ NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS; POINTS AND AUTHORITIES; RENTER; CRISTINA LOPEZ DECLARATION IN SUPPORT THEREOF (BY SPECIAL APPEARANCE)<br><br>HEARING: Sep 28, 2010<br><br>DEPT: T1<br><br>TIME: 8:30 am<br><br>Res # 1419116 |

To each party and its attorney of record:

[illegible] after 8:30 a.m/ p.m; in Department T1 of the above-titled Court, the above-named defendant will move for an order from [illegible] quashing service of [illegible] This Motion is made through defendant's special appearance.

This Motion is made on the ground that the court lacks jurisdiction over defendant in that defendant was not properly served with copy of the summons and complaint as required by 415.10-415.45 and 1167 of the Code of Civil Procedure.

[illegible] Motion, the accompanying Points and Authorities, the Declarations in support of this Motion attached to this Notice of Motion and served and filed with Notice of Motion [illegible] evidence as may be presented at the hearing of this Motion.

DATED: August 30, 2010

Cristina Lopez
CRISTINA LOPEZ/renter

## POINTS AND AUTHORITIES

### 1.
### STATEMENT OF FACTS

The present action is one in unlawful detainer. Defendant was not served properly with summons and complaint. Defendant was not personally given a copy of the summons and the complaint. A copy of the summons and complaint was left on the front door. Defendant is currently a renter and has not been served with a 90 day notice to quit, required by federal law. No one has personally [illegible] the summons and complaint. Defendant does not have anyone who could have received a copy of the summons and complaint for defendant. A copy of the summons and complaint was not mailed, nor was it allowed by the court to be.

### 2.
### A MOTION TO QUASH LIES WHEN THE COURT LACKS JURISDICTION OVER THE DEFENDANT

Section 418.10 of the Code of Civil Procedure provides that a motion to quash service of summons may be filed on the grounds that the court lacks jurisdiction over defendant. The defendant is not [illegible] has not been properly served with a 90 day notice to quit. Also, pursuant to S 896 § 702 signed into law by President Obama on May 21, 2009. [illegible] by federal law. The lease is also [illegible]

### 3.
### [illegible] DEFENDANT IN THAT THE DEFENDANT WAS NOT PROPERLY SERVED WITH THE SUMMONS AND COMPLAINT

Section 415.10 of the California Code of Civil Procedure provides that a summons may be served by [illegible] the person to be served.

Code of Civil Procedure 415.20(b) provides that when a copy of the summons and of the complaint cannot with reasonable diligence be [illegible] may be served by leaving a copy of the summons and of the [illegible] 18 years of age, who shall [illegible] thereafter mailing a copy of the summons and the complaint to the person to be served at the place where a copy of the summons and the complaint were left.

[illegible] making the substituted service [illegible] that service was made in accordance with CCP 415.20(b). [illegible] affidavit stating acts relied on to establish [illegible] service.

The right to lawful service as a prerequisite for any action in suit has been upheld by numerous California court decisions. In [illegible] server handed the papers to [illegible]'s wife while [illegible] requirements of the code. [illegible] the summons and complaint through some other means than lawful service is irrelevant.

[illegible] by the fact the defendant did receive the summons and complaint. Sullivan v Sullivan (1967) 256 CA2d 301, 305, 64 CR 82, 85.

Code of Civil Procedure 415.45 allows substitution by posting and mailing only when the court issues an order permitting such service.

In an unlawful detainer action, the right to proper service becomes a necessity, so that the defendant tenant may respond within the allowed time.

In the instant case, service of the summons and complaint was not made as required by statue. The [illegible] on the defendant. There was no proper service by substitution, because a copy of the summons and complaint was not mailed to defendant and was not delivered to an [illegible] because plaintiff did not obtain an order from the court allowing that service.

## CONCLUSION

Defendant has not been served in any manner provided by the Code and is therefore entitled to relief requested.

Date: August 30, 2010

Cristina Lopez
CRISTINA LOPEZ, renter

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gayle E Jameson, Esq. SBN 207050 Jessica L Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Ave
San Diego, CA 92101
TELEPHONE NUMBER: (619) 243-3960 FAX NUMBER: (619) 243-1979
EMAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff, Federal National Mortgage Association

ORIGINAL

FOR COURT USE ONLY

FILED SUPERIOR COURT - TRACY
10 SEP 20 AM 9:38
ROSA JUNQUEIRO, CLERK
BY [signature]

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 East 10th Street
MAILING ADDRESS: 475 East 10th Street
CITY & ZIP CODE: Tracy , CA 95376
BRANCH NAME:

PLAINTIFF/PETITIONER: Federal National Mortgage Association , its assignees and/or successors
DEFENDANT/RESPONDENT: Pedro Argueta, Maria Lorena Argueta, Cristina Lopez and DOES 1-10, Inclusive

REQUEST FOR (Application) ☒ Entry of Default ☒ Clerk's Judgment ☐ Court Judgment

CASE NUMBER: 39201000246633CLUDTRA

1. TO THE CLERK: On the complaint or cross-complaint filed

a. on (date): 08/03/2010

b. by (name): Federal National Mortgage Association, its assignees and/or successors

c. ☒ Enter default of defendant (names): Pedro Argueta, Maria Lorena Argueta, Cristina Lopez and ALL UNKNOWN OCCUPANTS

d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)

e. ☒ Enter clerk's judgment

1. ☒ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)

☒ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.

2. ☐ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)

3. ☐ for default previously entered on (date):

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint | $ | $ | $ |
| b. | Statement of damages * | | | |
| | (1) Special | $ Possession Only | $ | $ |
| | (2) General | $ | $ | $ 0.00 |
| c. | Interest | $ | $ | $ 0.00 |
| d. | Costs (see reverse) | $ | $ | $ |
| e. | Attorney fees | $ | $ | $ |
| f. | TOTALS | $ 0.00 | $ | $ 0.00 |

g. Daily damages were demanded in complaint at the rate of: $ 50.00 per day beginning (date): 08/03/2010

(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 9/16/2010

Gayle E Jameson, Esq. Rebecca L. Lang, Esq. Jessica L Partridge, Esq.
(TYPE OR PRINT NAME) [signature]

FOR COURT USE ONLY (1) ☒ Default entered as requested on (date): [illegible] Default NOT entered as requested (state reason): [handwritten: Response was filed on 8-31-10]

Clerk, by [signature], Deputy

Form Adopted for Mandatory Use Judicial Council of California CIV-100 [Rev. January 1, 2007]

REQUEST FOR ENTRY OF DEFAULT (Application to Enter Default)

Code of Civil Procedure, §§ 585-587, 1169 www.courtinfo.ca.gov

**SERVICE LIST**

Pedro Argueta
468 Homestead Avenue
Lathrop, CA 95330

Maria Lorena Argueta
468 Homestead Avenue
Lathrop, CA 95330

Cristina Lopez
468 Homestead Avenue
Lathrop, CA 95330

All Occupants c/o Pedro Argueta, Maria Lorena Argueta, Cristina Lopez
468 Homestead Avenue
Lathrop, CA 95330

MC-030(A)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address):
Gayle E Jameson, Esq. SBN 207030 Jessica L Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
TELEPHONE NUMBER: (619) 243-3960 FAX NUMBER: (619) 243-1979
EMAIL ADDRESS (Optional): evictions@mccarthyholthus.com
ATTORNEY FOR (Name): Federal National Mortgage Association

FILED
SUPERIOR COURT - TRACY
10 SEP 20 AM 9:43
ROSA JUNQUEIRO, CLERK
BY [signature] DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 East 10th Street
MAILING ADDRESS: 475 East 10th Street
CITY AND ZIP CODE: Tracy, CA 95376
BRANCH NAME:

PLAINTIFF/PETITIONER: Federal National Mortgage Association, its assignees and/or successors

DEFENDANT/RESPONDENT: Pedro Argueta, Maria Lorena Argueta, Cristina Lopez and DOES 1-10, Inclusive

# DECLARATION

CASE NUMBER: 39201000246635CLUDTRA

Plaintiff Federal National Mortgage Association, hereby declares that the daily rental value of property located at 468 Homestead Avenue, Lathrop, CA 95330, as of the date the complaint for unlawful detainer was filed is $30.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 15, 2010

Gayle E Jameson, Esq. Jessica L Partridge, Esq.
Rebecca L Lang, Esq.
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF DECLARANT)

☒ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant ☐ Respondent ☐ Other (Specify):

NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY
Gayle E Jameson, Esq. SBN 207050
Jessica L Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960 Fax (619) 243-1979
ATTORNEY FOR PLAINTIFF
Federal National Mortgage Association

STATE BAR NUMBER
207050
260045
249234

ORIGINAL

Reserved For Clerk's File Stamp

FILED
SUPERIOR COURT - TRACY
10 SEP 20 AM 9:43
ROSA JUNQUEIRO, CLERK
BY [signature]

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

COURTHOUSE ADDRESS
475 East 10th Street
Tracy, Tracy 95376

PLAINTIFF:
Federal National Mortgage Association, its assignees and/or successors

DEFENDANT:
Pedro Arguela, Maria Lorena Argueta, Cristina Lopez and DOES 1-10, Inclusive

APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION, POSSESSION OR SALE

3820100024853CLUDTRA

I, Gayle E Jameson or Jessica L Partridge or Rebecca L Lang declare under penalty of perjury under the laws of the State of California:

1. I am the Attorney for Plaintiff in the above titled action.

2. The following ☒ Judgment / ☐ Order was made and entered on.
☐ Judgment was renewed on.

3. Judgment/Order
Judgment Creditor: (name and address)
Federal National Mortgage Association its assignees and/or successors
Mail Code:KZ-02-01 6900 Beatrice Drive
Kalamazoo, MI 49009

Judgment Debtor: (name and address)
Pedro Argueta, Maria Lorena Argueta, Cristina Lopez
468 Homestead Avenue
Lathrop, CA 95330

Amount of Order and/or Description of Property:
468 Homestead Avenue
Lathrop, CA 95330

4. ☒ (Unlawful Detainer Proceedings Only) The daily rental value of the property as of the date the complaint was filed is $30.00.

5. ☒ This is an unlawful detainer judgment, and a Prejudgment Claim of Right to Possession was served [illegible] pursuant to Code of Civil Procedure section 415.46. Pursuant to Code of Civil Procedure sections 715.010 and 1174.3, this writ applies to all tenants, subtenants, if any, named claimants, if any, and any other occupants of the premises.

6. ☐ This is a Family Law Judgment/Order entitled to priority under Code of Civil Procedure section 699.510.

7. This writ is to be issued to: ☐ Los Angeles County ☒ Other (Specify):

SAN JOAQUIN

2011-01-06 12:49 P 17/34
Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page35 of 57

FILED
SUPERIOR COURT - TRACY
10 SEP 20 AM 9:42
ROSA JUNQUEIRO, CLERK
BY [signature] DEPUTY

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Gayle E Jameson, Esq. SBN 207050
Jessica L Schroeder, Esq. SBN 260045
Rebecca L Carle, Esq. SBN 248234
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
TELEPHONE NO.: (619) 243-3960 FAX NO. (Optional): (619) 243-1970
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 EAST 10TH STREET
MAILING ADDRESS:
CITY AND ZIP CODE: TRACY, CA 95376
BRANCH NAME: TRACY BRANCH JUDICIAL DISTRICT

PLAINTIFF/PETITIONER: FEDERAL NATIONAL
DEFENDANT/RESPONDENT: ARGUETA

CASE NUMBER: 39-2010-00000000-CL-UD-TRA

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: [illegible]

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   a. ☒ summons-unlawful detainer-eviction
   b. ☒ complaint for unlawful detainer
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents): PREJUDGMENT CLAIM OF RIGHT TO POSSESSION; STATEMENT OF LOCATION

3. a. Party served: (specify name of party as shown on documents served):
   MARIA LORENA ARGUETA

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not the person under 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: 468 HOMESTEAD AVENUE, LATHROP, CA 95330

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): (2) at: (time)
   b. ☐ by substituted service. On (date): at: (time) . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicated in item 3):

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☒ I thereafter mailed (by certified mail, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or ☒ a declaration of mailing is attached.
   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
Code of Civil Procedure § 417.10
PROOF OF SERVICE OF SUMMONS

2011-01-06 12:49 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page36 of 57 P 18/34

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.
(1) on (date): (2) from (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt)*(Code Civ. Proc. §415.40)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☒ by other means (specify means of service and authorizing code section):BY POSTING A COPY OF THE DOCUMENTS AT THE DOOR ON 08/24/10 AT 02:55 PM PER C.C.P. 415.45 AND C.C.P. 415.46

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant

b. ☐ as the person sued under the fictitious name of (specify):

c. ☐ as occupant

d. ☐ on behalf of (specify):

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. Person who served papers

a. Name: JOHN R. SHACKELFORD C/O Nationwide Legal Inc.

b. Address:820 N. Parton Street, Suite 200, Santa Ana, California 92701

c. Telephone number: (714) 558-2400

d. The fee for service was: $ 160.00

e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:

(i) ☐ owner ☐ Employee ☒ Independent contractor.

(ii) ☒ Registration No.:221

(iii) ☒ County: SAN JOAQUIN

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 28, 2010

JOHN R. SHACKELFORD
Name of person who served papers/Sheriff or Marshal

John R. Shackelford
(signature)

2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Code of Civil Procedure § 417.10

PROOF OF SERVICE OF SUMMONS



FILED
SUPERIOR COURT - TRACY
10 SEP 20 AM 9:42

# PROOF OF MAILING

I am Employed in the City of SANTA ANA County of ORANGE, State of California. I am over the age of 18 and not a party to within action. My business address is 820 NORTH PARTON STREET, SUITE 203, SANTA ANA, CALIFORNIA 92701.

On 8/24/10, I completed service by mailing the foregoing document(s) described as Summons-Unlawful Detainer-Eviction, Complaint for Unlawful Detainer, Prejudgment Claim of Right to Possession, Civil Case Cover Sheet, Statement of Location by placing a copy thereof in a sealed envelope, with fully prepaid postage thereon for Certified Mail, in the U.S. Mail from SANTA ANA per C.C.P. 415.45 AND C.C.P. 415.46. The envelope(s) were addressed as follows:

MARIA LORENA ARGUETA
468 HOMESTEAD AVENUE
LATHROP, CA 95330

Case # 39-2010-00246633-CL-UD-TRA
Reference #9059522

I declare under Penalty of Perjury under the laws of the State of California that the above is true and correct and was executed on 8/25/10 at SANTA ANA, California.

ASHLEY COOPER [signature]



CERTIFIED MAIL RECEIPT

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee | |

Postmark Here

MARIA LORENA ARGUETA
468 HOMESTEAD AVENUE
LATHROP, CALIFORNIA 95330

7008 2810 0001 8433 5121

FILED
SUPERIOR COURT - TRACY
10 SEP 20 AM 9:42
ROSA JUNQUEIRO, CLERK
BY [signature]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
| --- | --- |
| Gayle E. Jameson, Esq. SBN 207850<br>Jessica L. Schroeder, Esq. SBN 260045<br>Rebecca L. Carta, Esq. SBN 248234<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>TELEPHONE NO.: (619) 243-3960 FAX NO. (Optional) (619) 243-1979<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>STREET ADDRESS: 475 EAST 10th STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: TRACY, CA 95376<br>BRANCH NAME: TRACY BRANCH JUDICIAL DISTRICT | |
| PLAINTIFF/PETITIONER: FEDERAL NATIONAL<br>DEFENDANT/RESPONDENT: ARGUETA | CASE NUMBER: 39-2010-00250033-CL-UD-TRA |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 9030571 MO |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   - a. ☒ summons-unlawful detainer-eviction
   - b. ☒ complaint for unlawful detainer
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☒ other *(specify documents)*: PREJUDGMENT CLAIM OF RIGHT TO POSSESSION; STATEMENT OF LOCATION
3. a. Party served: *(specify name of party as shown on documents served)*: PEDRO ARGUETA

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not the person under 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: 488 HOMESTEAD AVENUE, LATHROP, CA 95330
5. I served the party *(check proper box)*
   - a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at: *(time)*
   - b. ☐ by substituted service. On *(date)*: at: *(time)* . I left the documents listed in item 2 with or in the presence of *(name and title or relationship to the person indicated in item 3)*:
     - (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     - (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     - (4) ☒ I thereafter mailed (by certified mail, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☒ a declaration of mailing is attached.
     - (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

2011-01-06 12:49 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page40 of 57 P 22/34

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.
(1) on (date): (2) from (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt)(Code Civ. Proc. §415.40)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☒ by other means (specify means of service and authorizing code section):BY POSTING A COPY OF THE DOCUMENTS AT THE DOOR ON 08/24/10 AT 02:56 PM PER C.C.P. 415.45 AND C.C.P. 415.46

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant
b. ☐ as the person sued under the fictitious name of (specify):
c. ☐ as occupant
d. ☐ on behalf of (specify):
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. Person who served papers

a. Name: JOHN R. SHACKELFORD C/O Nationwide Legal Inc.
b. Address:220 N. Paston Street, Suite 203, Santa Ana, California 92701
c. Telephone number: (714) 558-2400
d. The fee for service was: $ 220.00
e. I am:
(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ owner ☐ Employee ☒ independent contractor.
(ii) ☒ Registration No.:221
(iii) ☒ County: SAN JOAQUIN

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 25, 2010

JOHN R. SHACKELFORD
Name of person who served papers/Sheriff or Marshal

(signature)

2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Code of Civil Procedure, § 417.10

PROOF OF SERVICE OF SUMMONS

2011-01-06 12:47 P 1/34
Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page41 of 57

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gayle E Jameson, Esq. 207060 Jessica L Partridge, Esq. 280045
Rebecca L Lang, Esq. 249234
McCarthy & Holthus, LLP (619)243-3960
1770 Fourth Avenue
San Diego, CA 92101 CA-10-73663
TELEPHONE NO.: (619)243-3960
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Federal National Mortgage Association

ORIGINAL

FOR COURT USE ONLY

FILED
SUPERIOR COURT-TRACY
2010 OCT 22 AM 10: 40
ROSA JUNQUEIRO, CLERK
BY [signature]
DEPUTY

SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY
STREET ADDRESS: 475 East 10th Street
MAILING ADDRESS: 475 East 10th Street
CITY AND ZIP CODE: Tracy, 95376
BRANCH NAME: TRACY BRANCH JUDICIAL DISTRICT

PLAINTIFF/PETITIONER: Federal National Mortgage Association, its assignees and/or successors
DEFENDANT/RESPONDENT: Pedro Argueta, Maria Lorena Argueta, Christine Lopez, et. al.

## REQUEST FOR DISMISSAL

CASE NUMBER: 39201000246633CLUDTRA

☐ Personal Injury, Property Damage, or Wrongful Death
☐ Motor Vehicle ☐ Other
☐ Family Law ☐ Eminent Domain
☒ Other – Unlawful Detainer

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice (2) ☒ Without prejudice
   b. (1) ☐ Complaint (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): on (date):
      (4) ☐ Cross-complaint filed by (name): on (date):
      (5) ☒ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*
2. (Complete in all cases except family law cases.)
   ☐ Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: October 19, 2010

Gayle E Jameson, Esq. Jessica L Partridge, Esq.
Rebecca L. Lang, Esq.

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ [signature] (SIGNATURE)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complaint

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complaint

(To be completed by clerk)
4. ☑ Dismissal entered as requested on (date): 10/22/10
5. ☐ Dismissal entered on (date): as to only (name):
6. ☐ Dismissal not entered as requested for the following reasons (specify):
7. a. ☑ Attorney or party without attorney notified on (date): 10/22/10
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide:
      ☐ a copy to conform ☐ means to return conformed copy

Date: 10/22/10 Clerk, by [signature], Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

REQUEST FOR DISMISSAL

Page 1 of 2
Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

2011-01-06 12:47 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page42 of 57 P2/34

CM-180

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
CRISTINA LOPEZ
468 HOMESTEAD AVENUE
LATHROP, CA. 95330
TELEPHONE NO.: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY
SUPERIOR COURT TRACY
2010 OCT 13 AM 8:36
ROSA JUNQUEIRO, CLERK
BY ________ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 E. 10th avenue
MAILING ADDRESS: SAME
CITY AND ZIP CODE: TRACY, CA. 95376
BRANCH NAME:

PLAINTIFF/PETITIONER: FEDERAL NATIONAL MORTGAGE ASSOC.
DEFENDANT/RESPONDENT: CRISTINA LOPEZ

NOTICE OF STAY OF PROCEEDINGS

CASE NUMBER: 39-2010-00246633-CL-UD-TRA
JUDGE:
DEPT.:

**To the court and to all parties:**

1. Declarant (name): Cristina Lopez
   a. ☐ is ☑ the party ☐ the attorney for the party who requested or caused the stay.
   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:
   a. ☑ With regard to all parties.
   b. ☐ With regard to the following parties (*specify by name and party designation*):

3. Reason for the stay:
   a. ☑ Automatic stay caused by a filing in another court. (*Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.*)
   b. ☐ Order of a federal court or of a higher California court. (*Attach a copy of the court order.*)
   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. (*Attach a copy of the order directing arbitration.*)
   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. (*Attach a copy of the client's request for arbitration showing filing and service.*)
   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/12/2010

Cristina Lopez
(TYPE OR PRINT NAME OF DECLARANT)

(SIGNATURE)

Form Adopted for Mandatory Use Judicial Council of California CM-180 [Rev. January 1, 2007]
NOTICE OF STAY OF PROCEEDINGS
Page 1 of 1
Cal. Rules of Court, rule 3.650 www.courtinfo.ca.gov

American LegalNet, Inc. www.FormsWorkflow.com

B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**

| Name of Debtor (if individual, enter Last, First, Middle): LOPEZ, CHRISTINA | Name of Joint Debtor (Spouse) (Last, First, Middle): N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3075 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State): 400 HOMESTEAD LATHROP, CA — ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): N/A — ZIP CODE |
| County of Residence or of the Principal Place of Business: SAN JOAQUIN | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address): SAME — ZIP CODE | Mailing Address of Joint Debtor (if different from street address): N/A — ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor (Form of Organization) (Check one box.)**

- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business (Check one box.)**

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity (Check box, if applicable.)**

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (Check one box.)**

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee (Check one box.)**

- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Case # : 10-13[illegible]-07W
Debtor.: CHRISTINA LOPEZ
Chapter: 07W

Filed : October 12, 2010 14:48:04
Deputy : TR
Receipt: [illegible]
Amount : $0.00

[illegible]
Clerk, U.S. Bankruptcy Court
Northern District Of California

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): LOPEZ CRISTINA | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** | | |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** | | |
| Name of Debtor: N/A | Case Number: N/A | Date Filed: N/A |
| District: | Relationship: N/A | Judge: N/A |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box.)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Voluntary Petition

*(This page must be completed and filed in every case.)*

Name of Debtor(s): LOPEZ CRISTINA

Page 3

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Cristina Lopez
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

10-12-2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page46 of 57

2011-01-06 12:48 P.8/34

POS-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
CRISTINA LOPEZ
468 HOMESTEAD AVENUE
LATHROP, CA 95330

TELEPHONE NO.: FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY
FILED
SUPERIOR COURT-TRACY
2010 OCT 13 AM 8:36
ROSA JUNQUEIRO, CLERK
BY ________ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 475 EAST 10TH STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: TRACY, CA. 95376
BRANCH NAME:

PETITIONER/PLAINTIFF: FEDERAL NATIONAL MORTGAGE ASSOCIATION
RESPONDENT/DEFENDANT: CRISTINA LOPEZ

PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL AND FAX

CASE NUMBER: 39-2010-00246633-CL-UD-TRA

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
186 Shadywood Ave., Lathrop, CA 95330

3. On *(date)*: 10/12/2010 I mailed from *(city and state)*: Lathrop, CA 95330
the following documents *(specify)*:
Notice of Stay of Proceedings

☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
a. Name of person served: McCarthy & Holthus
b. Address of person served:
1770 Fourth Avenue
San Diego, CA. 92101

FAXED TO 619-685-4811

☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/12/10

Pedro Ramirez
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

[signature]
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN JOAQUIN
TRACY

MINUTE ORDER

DATE: 10/12/2010 TIME: 08:30:00 AM DEPT: T1

JUDICIAL OFFICER PRESIDING: Roger Ross
CLERK: Norma Ulibarri
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: Chuck Wright

CASE NO: 39-2010-00246633-CL-UD-TRA
CASE TITLE: **Federal National Mortgage Association vs. Argueta**
CASE CATEGORY: Civil - Limited CASE TYPE: Unlawful Detainer - Residential

EVENT TYPE: Pre-Judgment Claim of Right to Possession (UD)

APPEARANCES
Jaime Patena, specially appearing for counsel Gayle Jameson, present for Plaintiff(s).
Federal National Mortgage Association, its assignees and/or successors, Plaintiff, not present.
Maria Argueta, Defendant, not present.
Cristina Lopez, self represented Defendant, is not present.
Pedro Argueta, Defendant, not present.

Miss Lopez did not file an answer. Prejudgment claim of right to possession denied.
Plaintiff(s) counsel request to enter default granted

2011-01-05 12:48 Case3:11-cv-00451-WHA Document1-1 Filed01/28/11 Page48 of 57 P 8/34

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gayle E Jameson, Esq. 207050 Jessica L Partridge, Esq. 260045
Rebecca L Lang, Esq. 249234
McCarthy & Holthus, LLP (619)243-3960
1770 Fourth Avenue
San Diego, CA 92101 CA-10-73563
TELEPHONE NO.: (619)243-3960
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Federal National Mortgage Association

SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY
STREET ADDRESS: 475 East 10th Street
MAILING ADDRESS: 475 East 10th Street
CITY AND ZIP CODE: Tracy, 95376
BRANCH NAME: TRACY BRANCH JUDICIAL DISTRICT

PLAINTIFF/PETITIONER: Federal National Mortgage Association, its assignees and/or successors
DEFENDANT/RESPONDENT: Pedro Argueta, Maria Lorena Argueta, Cristina Lopez, et. al.

REQUEST FOR DISMISSAL

CASE NUMBER: 39201000246633CLUDTRA

☐ Personal Injury, Property Damage, or Wrongful Death
☐ Motor Vehicle ☐ Other
☐ Family Law ☐ Eminent Domain
☒ Other – Unlawful Detainer

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

REJECTED

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice (2) ☒ Without prejudice
   b. (1) ☐ Complaint (2) ☐ Petition
   (3) ☐ Cross-complaint filed by (name): on (date):
   (4) ☐ Cross-complaint filed by (name): on (date):
   (5) ☒ Entire action of all parties and all causes of action
   (6) ☐ Other (specify):*
2. (Complete in all cases except family law cases.)
   ☐ Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: September 30, 2010
Gayle E Jameson, Esq. Jessica L Partridge, Esq.
Rebecca L. Lang, Esq.
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complaint

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY) ▶ (SIGNATURE)

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Cross-complaint

(To be completed by clerk)
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date): as to only (name):
6. ☑ Dismissal not entered as requested for the following reasons (specify): NO SIGNATURE
7. a. ☑ Attorney or party without attorney notified on (date): 10/7/10
   b. ☑ Attorney or party without attorney not notified. Filing party failed to provide.
   ☐ a copy to conform ☐ means to return conformed copy

10/7/10

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

REQUEST FOR DISMISSAL

Page 1 of 2
Code of Civil Procedure, § 581 et seq.
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

# SUPERIOR COURT OF CALIFORNIA

**SAN JOAQUIN**
**475 E 10th Street**
**Tracy, CA 95376**
**(209) 831-5902**

## NOTICE TO FILING PARTY

**Federal National Mortgage Association vs. Argueta**
**Case Number: 39-2010-00246833-CL-UD-TRA**

**We are unable to process the attached papers for the reasons indicated below:**
Original signature(s) are required.

**Please return this form if papers are resubmitted.**
Please enclose a self-addressed stamped envelope to expedite receipt of returned papers.

Papers returned to: Federal National Mortgage Association, its assignees and/or successors

Clerk of the Court,

Date: 10/07/2010 By: [signature] Deputy

Returned via:

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>STREET ADDRESS: 475 E 10th STREET<br>MAILING ADDRESS: 475 E 10th STREET<br>CITY AND ZIP CODE: Tracy, CA 95376<br>BRANCH NAME: Tracy | FOR COURT USE ONLY<br>SAN JOAQUIN SUPERIOR COURT<br>FILED<br>ROSA JUNQUEIRO, CLERK<br>NORMA C. ULIBARRI<br>By: DEPUTY<br>09/29/2010 |
|---|---|
| PLAINTIFF/ PETITIONER: Federal National Mortgage Association, its assignees and/or successors<br>DEFENDANT/ RESPONDENT: Pedro Arguete et al | |
| Federal National Mortgage Association vs. Arguete | |
| In re the ☐ Conservatorship ☐ Guardianship ☐ Estate ☐ Trust of: | |
| NOTICE OF PRE-JUDGMENT CLAIM OF RIGHT TO POSSESSION (UD) | CASE NUMBER:<br>39-2010-00246633-CL-UD-TRA |

Please take notice that a Pre-Judgment Claim of Right to Possession (UD) has been scheduled on 10/12/2010 at 08:30 AM in Department T1 of this court, located at Tracy at 475 E 10th STREET Tracy, CA 95376.

CLERK OF THE COURT,

Dated: 09/29/2010

By: *[signature]*, Norma Ulibarri, Clerk

| SHORT TITLE: Federal National Mortgage Association vs. Arguelle | CASE NUMBER: 39-2010-00246633-CL-UD-TRA |
|---|---|

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Tracy, California, on 09/30/2010.

Clerk of the Court, by: [signature], Deputy

GAYLE E JAMESON
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

CRISTINA LOPEZ
466 HOMESTEAD AVENUE
LATHROP, CA 95330

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN JOAQUIN
TRACY

MINUTE ORDER

DATE: 09/28/2010 TIME: 08:30:00 AM DEPT: T1

JUDICIAL OFFICER PRESIDING: Roger Ross
CLERK: Norma Ulibarri
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: Chuck Walker/Andy Coronado

CASE NO: **39-2010-00246633-CL-UD-TRA**
CASE TITLE: **Federal National Mortgage Association vs. Argueta**
CASE CATEGORY: Civil - Limited CASE TYPE: Unlawful Detainer - Residential

EVENT TYPE: Motion To Quash

**APPEARANCES**
Gayle Jameson, counsel, not present for Plaintiff(s).
Federal National Mortgage Association, its assignees and/or successors, Plaintiff, not present.
Pedro Argueta, Defendant, not present.
Cristina Lopez, self represented Defendant, is not present.
Maria Argueta, Defendant, not present.

No appearances by anyone; motion to quash denied. Defendant Cristina Lopez has 5 days to file an answer. Defendant Cristina Lopez added herself to case w/prejudgment claim for court information. Notices mailed to all parties

The motion is denied without prejudice.

Pre-Judgment Claim of Right to Possession (UD) is scheduled for 10/12/2010 at 08:30 AM in Department T1.

McCarthy & Holthus, LLP
Gayle E. Jameson, Esq. SBN 207050
Jessica L. Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
Anne Ogle-Knee, Esq. SBN 253824
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979

Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN JOAQUIN

TRACY BRANCH JUDICIAL DISTRICT

Federal National Mortgage Association, its assignees and/or successors,
Plaintiff,

vs.

Pedro Argueta, Maria Lorena Argueta, Christina Lopez and DOES 1-10, inclusive,
Defendant(s).

Case No. 39201000246633CLUDTRA

**DECLARATION OF GAYLE JAMESON IN SUPPORT OF PLAINTIFF'S APPLICATION TO VACATE DISMISSAL UNDER CCP 473(b)**

Limited Civil Case

Application is hereby made to vacate Dismissal entered by this Court on 10/22/2010. In support of this application the undersigned states:

1. I am an attorney at law duly licensed to practice before all Courts in the State of California, and am an associate with the Law Offices of McCarthy & Holthus, LLP, attorneys of record for Plaintiff Federal National Mortgage Association. I make the following declaration in support of Plaintiff's Motion to Vacate the Dismissal under CCP 473(b).

2. If called to testify as a witness thereon, I could and would competently testify as to all the facts stated in this declaration, except as to those matters testified to upon information and belief, and as to those matters, I believe them to be true.

3. The Complaint for Unlawful Detainer was filed on 08/03/2010 and then served on 08/24/2010;
4. On , the Plaintiff erroneously submitted a Dismissal to this Court;
5. At the hearing heard on 10/12/2010, the defendant did not appear; The Judge granted the plaintiff the right to submit the default judgment.
6. On or about 10/22/2010, the Clerk of this court entered the Dismissal of said Complaint;
7. California Code of Civil Procedure 473b provides that allowable grounds for relief are Mistake, Inadvertence, Surprise and Excusable Neglect.
8. Plaintiff's attorney attests that its prematurely sending in a dismissal is an inadvertent mistake, based on a clerical error and relief should be granted under CCP 473b.
9. Plaintiff's attorney did not intentionally waste the Court's time and Plaintiff's attorney apologizes.
10. Plaintiff's attorney is deeply sorry for wasting any of the Court's time in this matter, and will be extremely careful about such matters in the future;
11. Plaintiff requests the dismissal be vacated so it may proceed with the unlawful detainer.
12. The Plaintiff wishes to continue said Unlawful Detainer action because the premises commonly known as 468 Homestead Avenue Lathrop, CA 95330, has been and continues to be unlawfully occupied by the Defendants.
13. Prior to the dismissal being entered, the issuance of the writ was scheduled to take place.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 4, 2011, at San Diego, California.

McCarthy & Holthus LLP

Gayle E. Jameson, Esq.
Attorney for Plaintiff

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW

McCarthy & Holthus, LLP
Gayle E. Jameson, Esq. SBN 207050
Jessica L. Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
Anne Ogle-Knee, Esq. SBN 253824
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979

Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN JOAQUIN**

**TRACY BRANCH JUDICIAL DISTRICT**

| | |
|---|---|
| Federal National Mortgage Association, its assignees and/or successors, Plaintiff, vs. Pedro Argueta, Maria Lorena Argueta, Christina Lopez and DOES 1-10, inclusive, Defendant(s). | Case No. 39201000246633CLUDTRA<br>**PROOF OF SERVICE** |

COPY

**DECLARATION OF SERVICE**

I, Marc Penaloza, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW

McCarthy & Holthus, LLP
Gayle E. Jameson, Esq. SBN 207050
Jessica L. Partridge, Esq. SBN 260045
Rebecca L. Lang, Esq. SBN 249234
Anne Ogle-Knee, Esq. SBN 253824
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 243-1979

Attorney for: Plaintiff,
Federal National Mortgage Association, its assignees and/or successors

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN JOAQUIN**

**TRACY BRANCH JUDICIAL DISTRICT**

| | |
|---|---|
| Federal National Mortgage Association, its assignees and/or successors,<br>Plaintiff,<br><br>vs.<br><br>Pedro Argueta, Maria Lorena Argueta, Christina Lopez and DOES 1-10, inclusive,<br>Defendant(s). | Case No. 39201000246633CLUDTRA<br><br>[PROPOSED] ORDER AND APPLICATION TO VACATE DISMISSAL UNDER CCP 473<br><br>Limited Civil Case<br><br>Trial Date: None Set |

COPY

Plaintiff, Federal National Mortgage Association, applies to this Court for an Order to vacate the Dismissal entered by the Clerk of this court on.

IT IS ORDERED that the Dismissal entered on be vacated and that Plaintiff be allowed to proceed with the Unlawful Detainer action as filed on 08/03/2010.

____________________________
Judge of the Superior Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101

the ordinary course of business the same day and that documents served personally are delivered the same day.

On January 4, 2011, I served the following document(s) on the persons listed below:

Pedro Argueta,
Maria Lorena Argueta,
and Christina Lopez
468 Homestead Avenue
Lathrop, CA 95330

In the following manner of service, (check appropriate):

__XX__ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. It is deposited with the GSO Overnight Mailing Service Depository and collected on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

______ **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

______ **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

______ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on January 4, 2011 at San Diego, California.

By: ____________________

Marc Penaloza

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW